■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAMUEL JONES, Appellant.— Judgment of the County Court, Rockland County, rendered December 11, 1967, affirmed. No opinion. The order of said court dated December 12, 1967 which denied defendant's motion for a new trial has been reviewed on the appeal from the judgment. Christ, Acting P. J., Brennan, Rabin, Hopkins and Kleinfeld, JJ., concur.